JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TROPHY SKIN, INC., a Texas corporation; AHALIFE HOLDINGS, INC., a Delaware corporation; QVC, INC., a Delaware corporation; THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company; LOVELY SKIN, INC.; a Nebraska corporation; JELLEN PRODUCTS, INC., a Florida corporation; JOYUS, INC., a Delaware corporation; SUNSET PARK MASSAGE SUPPLIES, an entity of unknown form; DERMSTORE, LLC, a Delaware limited liability company; DRUGSTORE.COM, INC., a Delaware corporation; MAMA MIO US, INC., a Delaware corporation; THE BEAUTY STORE OF AUSTIN-WESTON, an entity of unknown form; and DOES 1 through 10,<br><br>            Defendants. | Case No. CV16-5734 R (PLAx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Upon consideration of the Stipulation for Dismissal without prejudice filed by

/ / /

/ / /

the remaining parties'[1] in this action, and for good cause shown,

**IT IS HEREBY ORDERED** that this action in its entirety is dismissed without prejudice, with each party to bear its own fees and costs.

Dated: November 30, 2016

_____
Hon. Manuel L. Real

---

[1] Defendants AHALIFE HOLDINGS, INC., JOYUS, INC., SUNSET PARK MASSAGE SUPPLIES, MAMA MIO US, INC., and THE BEAUTY STORE OF AUSTIN-WESTON were previously dismissed from the action.  The remaining parties that are the subject of this Order are plaintiff ALTAIR INSTRUMENTS, INC. and Defendants TROPHY SKIN, INC., QVC, INC. THE NEIMAN MARCUS GROUP, LLC, LOVELY SKIN, INC., JELLEN PRODUCTS, INC., DERMSTORE, LLC  and DRUGSTORE.COM, INC.